DANIEL MACK, Respondent, *v.* ROBERT MILLS et al., Appellants.

(Argued May 1, 1888; decided June 5, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 17, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*Benjamin H. Williams* for appellants.

*Adelbert Moot* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.